

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Ryan Stephon Harrison v. The State of Texas

Appellate case number:   01-20-00093-CR

Trial court case number:  1617692

Trial court:              177th District Court of Harris County

      The appellant, Ryan Stephon Harrison, has moved for rehearing. The court hereby DENIES the appellant's motion for rehearing.

Justice's signature:  /s/ Gordon Goodman
                     Acting for the Court

Panel consists of: Justices Kelly, Goodman, and Countiss.

Date:  January 28, 2021